WEAVER, J.
(dissenting). I would deny leave to appeal in this case because to do otherwise would create an injustice.
I believe that the bankruptcy trustee in this case is not a “new party” in the sense of “another party” being added by amendment of the complaint. Rather, the amendment in this case simply involves replacing the wrongly named plaintiff, “Buddy Miller,” with the correct name of Buddy Miller’s bankruptcy trustee, “Wendy Turner Lewis.” As a result, any caselaw dis *109 cussing whether the relation-back doctrine applies to adding plaintiffs to a suit is immaterial because a new plaintiff is not being added.
The Michigan Court Rules do not address the protocol for addition of parties to a suit. This Court has opened an administrative file to consider whether we should adopt, or not adopt, a rule amending the Michigan Court Rules to govern the addition of a party to a suit.